Jonathan Yong, SBN: 310444
**Gator Law, P.C**
2 North Central Avenue, Suite 1800
Phoenix, AZ 85004
Tel: (385) 324-5471
Email: attorneys@gatorlawpc.com

**Attorney for Plaintiff, Margaret Rumbaugh**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| MARGARET RUMBAUGH, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 8:25-cv-01126 <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Margaret Rumbaugh ("Plaintiff"), and Defendant, Experian Information Solutions Inc., ("EXPERIAN"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EXPERIAN once settlement documents have been

1

exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Dated: 07/28/2025                                Respectfully submitted,

*/s/ Jonathan Yong*
Jonathan Yong
Gator Law, P.C
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com
**Attorneys for Plaintiff,**
**Margaret Rumbaugh**

## **CERTIFICATE OF SERVICE**

I certify that on 07/28/2025, I served Plaintiff Margaret Rumbaugh's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

*/s/ Jonathan Yong*
Jonathan Yong
Gator Law, P.C
2 N Central Avenue
Suite 1800
Phoenix, AZ 85004
P: (385) 324-5471
E: attorneys@gatorlawpc.com
**Attorneys for Plaintiff,
Margaret Rumbaugh**